People v Norwood (2023 NY Slip Op 06489)

People v Norwood

2023 NY Slip Op 06489

Decided on December 19, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 19, 2023

Before: Singh, J.P., Friedman, Gesmer, Shulman, O'Neill Levy, JJ. 

Ind. No. 70742/21, 70107/22 Appeal No. 1275-1275A Case No. 2022-04353 

[*1]The People of the State of New York, Respondent,
v
Jamal Norwood, Defendant-Appellant. 

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Shaina R. Watrous of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Amir H. Khedmati of counsel), for respondent.

Judgments, Supreme Court, Bronx County (Steven J. Hornstein, J.), rendered September 21, 2022, convicting defendant, upon his pleas of guilty, of attempted criminal possession of a weapon in the second degree (two counts), adjudicating him a youthful offender on the conviction under indictment No. 70742/21 only, and sentencing him to an aggregate term of 2 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharges and fees imposed on defendant at sentencing, and otherwise affirmed.
Defendant made a valid waiver of his right to appeal (see People v Thomas, 34 NY3d 545, 564 [2019], cert denied 589 US &mdash, 140 S Ct 2634 [2020]), which forecloses review of his excessive sentence claim. Regardless of the validity of the waiver of the right to appeal, we perceive no basis for reducing the sentence.
Based on our own interest of justice powers, we vacate the surcharges and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 19, 2023